OPINION — AG — ** ELECTION BOARD — EQUIPMENT — NEAR POLLING PLACES ** THIS OPINION DEALS WITH THE THE REPRODUCTION OF AMERICAN FLAG THAT IS WORN WITH " I HAVE VOTED — HAVE YOUR ? " . . . MAY THIS BE WORN 300 FT NEAR POLLING PLACES? — NEGATIVE (THIS IS NOT ELECTION BOARD MATERIAL) CITE: 26 O.S. 436 [26-436] (BALLOT BOX, BOOTH, ELECTION, MATERIAL, CAMPAIGN) (JAMES C. HARKIN)